# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

**ANIBAL CANALES, JR.**,

    Petitioner,

**v.**                                                                                                                                 No. 2:03cv69

**RICK THALER, Director**,
Texas Department of Criminal Justice,
Correctional Institutions Division,

    Respondent.

## **ORDER**

On the Joint Motion by Respondent Thaler and Petitioner Canales to Unseal Certain Pleadings and Documents, the Court grants the motion and unseals the follow pleadings and documents:

- Supplement to Petition for Writ of Habeas Corpus (ECF No. 121);

- The reporter's record of the June 22, 2011 deposition of A.P. Merillat, excluding the deposition exhibits (ECF No. 121, Ex. 1,);

- The reporter's record of the June 23, 2001 deposition of Mark Mullin, excluding the deposition exhibits (ECF No. 121, Ex. 16);

- Respondent Thaler's Response to Petitioner's Supplement to Petition for Writ of Habeas Corpus with Brief in Support (ECF No.132);

- Reply to Respondent Thaler's Response to Petitioner's Supplement to Petition for Writ of Habeas Corpus (ECF No. 136); and

- Sealed Report and Recommendation of the United States Magistrate Judge (ECF No. 139).

• Respondent Thaler's Objections to the Sealed Report and Recommendation of the United States Magistrate Judge (ECF No. 148); and

• Petitioner Canales's Objections to the Sealed Report and Recommendation of the United States Magistrate Judge.

**SIGNED this 1st day of August, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE