# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ANIBAL CANALES,** § | |
| Petitioner, § | |
| § | |
| v. § | Case No. 2:03-cv-00069-JRG-RSP |
| § | **DEATH PENALTY CASE** |
| **BOBBY LUMPKIN, Director,** § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| Respondent. § | |
| § | |

## ENTRY OF APPEARANCE OF CO-COUNSEL

I hereby enter my appearance as *appointed* co-counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

Dated:  January 9, 2023
/s/ *Jeremy Schepers*
JEREMY SCHEPERS
Supervisor, Capital Habeas Unit
Northern District of Texas
525 Griffin Street, Suite 629
Dallas, Texas 75202
214-767-2746
214-767-2886 fax
Jeremy_Schepers@fd.org

2

## CERTIFICATE OF SERVICE

      I hereby certify that on January 9, 2023, I electronically filed the foregoing document in the United States Court for the Eastern District of Texas using the electronic case-filing (ECF) system, which will serve all registered users in this case.

                                                    /s/ *Jeremy Schepers*
                                                    Jeremy Schepers